UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-po-00052-CKD |
| ) | |
| Plaintiff, ) | ORDER TO RESET COLLATERAL |
| ) | |
| v. ) | |
| ) | DATE: June 23, 2020 |
| FRANCIS J. ROSS, ) | TIME: 8:30 a.m. |
| ) | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral on Violation Number 9745902, is GRANTED.  Defendant FRANCIS J. ROSS shall be permitted to forfeit collateral in the total amount of $205.00.

IT IS SO ORDERED.

Dated: June 18, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE